FBI 11730633

RECEIVED
By MThomas1 at 4:13 pm, Dec 20, 2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>ISAIAH HARRELL, aka JAY<br>727 NORTH 4TH STREET<br>COLUMBUS, OH 43203<br>DOB: 01/19/2005<br>SSN: 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 | ) ) ) ) ) ) ) | Case No.   7:24-cr-24-KKC-1 |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Isaiah Harrell, aka Jay                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ❐ Complaint

❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF A METHAMPHETAMINE
MIXTURE AND 40 GRAMS OR MORE OF A FENTANYL MIXTURE, 1 count

18:924(c)(1)(A) - POSSESSION OF A FIREARM IN FURTHERANCE OF A
DRUG TRAFFICKING OFFENSE, 1 count

Date:      12/20/2024

*Issuing officer's signature*

City and state:      Pikeville, Kentucky                                Robert R. Carr by R. Bevins, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____      _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |