FBI 11750633

RECEIVED
By MThomas1 at 4:13 pm, Dec 20, 2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
January 24, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

United States of America
v.
ISAIAH HARRELL, aka JAY
727 NORTH 4TH STREET
COLUMBUS, OH 43203
DOB: 01/19/2005
SSN: 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

*Defendant*

Case No. 7:24-cr-24-KKC-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Isaiah Harrell, aka Jay, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF A METHAMPHETAMINE MIXTURE AND 40 GRAMS OR MORE OF A FENTANYL MIXTURE, 1 count

18:924(c)(1)(A) - POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE, 1 count

Date: 12/20/2024

[signature]
*Issuing officer's signature*

City and state: Pikeville, Kentucky

Robert R. Carr by R. Bevins, Deputy Clerk
*Printed name and title*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

### Return

This warrant was received on *(date)* 12/20/2024, and the person was arrested on *(date)* 01/24/2025 at *(city and state)* W / VA Abingdon div.

Date: 01/24/2025

Jim Satterwhite ASDUSM
*Arresting officer's signature*

* Arrested by Bristol VA PD during pursuit

Jim Satterwhite, USMS for FBI
*Printed name and title*